AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TRUNG NGUYEN, a/k/a "DCS420" | ) ) ) ) ) | Case No. 23-CR-10148 |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  TRUNG NGUYEN, a/k/a "DCS420",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. § 1960(a) - operating an unlicensed money transmitting business
  18 U.S.C. § 1956(a)(1)(B)(i) - money laundering
  18 U.S.C. § 1956(a)(3)(B) - money laundering

Date: 05/30/2023

*Issuing officer's signature* — Page Kelley

City and state:  Boston, Massachusetts

Honorable M. Page Kelley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*